UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 14 Cr. 401 (KPF) |
| HAJI NAJIBULLAH, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Mr. Najibullah's arraignment on the Indictment in this matter and initial conference on **November 16, 2020, at 9:00 a.m.** The hearing will proceed by telephone conference, with dial-in information as follows: At 9:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 9:00 a.m.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge