

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Najibullah*, 14 Cr. 401 (KPF)

Dear Judge Failla:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of June 4, 2021.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

    by: _____/s/_____
        Sidhardha Kamaraju
        Assistant United States Attorney
        (212) 637-6523

cc: Defense Counsel (by ECF)

---

```
Application GRANTED.  The Clerk of Court is directed to terminate
Assistant United States Attorney Sidhardha Kamaraju from the
docket.
                                   SO ORDERED.
Dated:    June 4, 2021
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```