

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2021

**VIA CM/ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Haji Najibullah, et al.*, 14 Cr. 401 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request an adjournment of June 9, 2021 status conference to a date convenient for Court approximately 30 days from that date. The Government is working diligently to resolve the question of whether additional charges will be sought against Mr. Najibullah, and believes that this brief period of additional time will ultimately allow the parties and the Court to proceed with greater efficiency in the coming months. If the Court grants the requested adjournment, the Government further requests that time be excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from June 9, 2021 until the date set for the conference in order to provide the defendant with additional time to review discovery—which the Government has continued to produce on a rolling basis—and to consider the need for any potential pretrial motions. The defendant, through counsel, has consented to the exclusion of time. Per the Court's individual rules, the Government is submitting a proposed Order in Microsoft Word format as to the exclusion of time under the Speedy Trial Act.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   /s/_____
    Samuel Adelsberg
    David W. Denton, Jr.
    Jessica Fender
    Assistant United States Attorneys
    Tel: (212) 637-2494 / 2744 / 2276

Application GRANTED. The conference scheduled for June 9, 2021, is hereby ADJOURNED to July 22, 2021, at 11:00 a.m.

Dated: June 7, 2021
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE