UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA

    - v. –

HAJI NAJIBULLAH,
   a/k/a "Najibullah Naim,"
   a/k/a "Abu Tayeb,"
   a/k/a "Atiqullah,"
   a/k/a "Nesar Ahmad Mohammad,"

    Defendant.

------------------------------------ X

**UNSEALING ORDER**

S2 14 Cr. 401 (KPF)

    Upon the application of the United States of America, by and through Assistant United States Attorneys Samuel Adelsberg, David W. Denton, Jr., and Jessica K. Fender, it is hereby ORDERED that Indictment S2 14 Cr. 401 (KPF) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       October 7, 2021

*Katherine Polk Failla*

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE