UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HAJI NAJIBULLAH,<br>     a/k/a "Najibullah Naim,"<br>     a/k/a "Abu Tayeb,"<br>     a/k/a "Atiqullah,"<br>     a/k/a "Nesar Ahmad Mohammad,"<br><br>                                        Defendant. | S2 14 Cr. 401 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Mr. Najibullah's arraignment on the second superseding indictment in this matter on **October 15, 2021, at 11:00 a.m.** The hearing will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:   October 7, 2021
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge