

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2021

**VIA CM/ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:** *United States v. Haji Najibullah*, **S2 14 Cr. 401 (KPF)**

Dear Judge Failla:

    The Government writes to inform the Court that the United States Attorney General has authorized and directed this Office not to seek the death penalty against defendant Haji Najibullah in this case.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

By:    _____
                                      Samuel Adelsberg
                                      David W. Denton, Jr.
                                      Jessica K. Fender
                                      Assistant United States Attorneys
                                      Tel: (212) 637-2494 / 2744 / 2276