```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :       ORDER
                                    :
       - v -                        :       (S2) 14 Cr. 401 (KPF)
                                    :
HAJI NAJIBULLAH,                    :
                 Defendant.         :
                                    :
------------------------------------x
```

Upon the application of **HAJI NAJIBULLAH a/k/a NESAR AHMED MOHAMMED**, by his attorney, **Andrew J. Dalack, Esq.**, Federal Defenders of New York, and in the interests of justice, it is hereby

**ORDERED** that the Warden of MDC Brooklyn arrange, without delay, for Nesar Ahmed Mohammed (Register Number 76469-054) to be evaluated by a licensed medical doctor to address his persistent ███████, ███████, and ███████, and it is further

**ORDERED** that the Warden of MDC promptly provide Nesar Ahmed Mohammed (Register Number 76469-054) with the results of any medical evaluation so that he may work with his assigned counsel and their interpreter to translate the documents into his native language.

Dated:   New York, NY  
        March 23, 2022      THE HONORABLE KATHERINE POLK FAILLA  
                                    UNITED STATES DISTRICT JUDGE