Case 1:14-cr-00401-KPF   Document 67   Filed 09/07/22   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 6, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Haji Najibullah, et al.*, S2 14 Cr. 401 (KPF)

Dear Judge Failla:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of September 10, 2022.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:     /s/
    Jessica K. Fender
    Assistant United States Attorney
    (212) 637-2276

cc: Defense Counsel (by ECF)

```
Application GRANTED.  The Clerk of Court is directed to terminate
Ms. Fender from the docket of this matter.  The Clerk of Court is
further directed to terminate the pending motion at docket number
66.  The Court wishes Ms. Fender all the best in her future
endeavors.


Dated:    September 7, 2022         SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE