**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 15, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Haji Najibullah**
      **(S2) 14 Cr. 401 (KPF)**

Dear Judge Failla:

We write with respect to the September 16, 2022, deadline for Haji Najibullah's reply to the Government's response in opposition to his motion to compel. For the reasons discussed during yesterday's <u>ex parte</u> conference with the Court pursuant to Section 2 of the Classified Information Procedures Act, the defense respectfully requests a three-week extension of time to file its reply, to Friday, October 7, 2022. The Government does not object to this application.

Respectfully Submitted,

Andrew J. Dalack
Mark B. Gombiner
Samuel I. Jacobson
Ariel C. Werner
Assistant Federal Defenders
(646) 315-1527

Cc:   Government Counsel

Application GRANTED. Defendant shall file his reply brief on or before **October 7, 2022**. The Clerk of Court is directed to terminate the pending motion at docket number 68.

Dated:  September 16, 2022         SO ORDERED.
        New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE