UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

HAJI NAJIBULLAH,
    a/k/a "Najibullah Naim,"
    a/k/a "Abu Tayeb,"
    a/k/a "Atiqullah,"

          Defendant.

**ORDER**
14 Cr. 401 (KPF)

KATHERINE POLK FAILLA, United States District Judge:

Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Samuel Adelsberg, David W. Denton, Jr., and David Robles, Assistant United States Attorneys, of counsel, and with the consent of the defendant, Haji Najibullah, a/k/a "Najibullah Naim," a/k/a "Abu Tayeb," a/k/a "Atiqullah," by and through his attorneys, Andrew Dalack, Esq., Mark Gombiner, Esq., Ariel Werner, Esq., and Samuel Jacobson, Esq., the conference in this case scheduled for September 22, 2022, is hereby ADJOURNED to **December 2, 2022, at 10:00 am.**

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will allow the defendant and his counsel to continue to receive and review discovery, and consider the need for any potential pretrial motions. Accordingly, it is ORDERED that the time from September 22, 2022 through December 2, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the pending motion at docket number 70.

SO ORDERED.

Dated: September 21, 2022
      New York, New York

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE