UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>HAJI NAJIBULLAH,<br>  a/k/a "Najibullah Naim,"<br>  a/k/a "Abu Tayeb,"<br>  a/k/a "Atiqullah,"<br>  a/k/a "Nesar Ahmad<br>  Mohammad,"<br><br>                    Defendant. | 14 Cr. 401 (KPF)<br><br>**<u>ORDER</u>** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ordered to appear for a hearing regarding Mr.

Najibullah's motion to compel on **January 13, 2023, at 3:00 p.m.**

Additionally, the pre-trial conference scheduled for December 2, 2022, is

hereby adjourned to **January 27, 2023, at 11:00 a.m.**  Both the hearing and

the conference will proceed in Courtroom 618 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.


        SO ORDERED.

Dated:        November 16, 2022
              New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge