```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :      ORDER
                                    :
        - v -                       :      (S2) 14 Cr. 401 (KPF)
                                    :
HAJI NAJIBULLAH,                    :
(aka Nesar Ahmed Mohammed)          :
                                    :
                     Defendant.     :
                                    :
------------------------------------x
```

Upon the application of **HAJI NAJIBULLAH a/k/a NESAR AHMED MOHAMMED**, by his attorney, **Andrew J. Dalack, Esq.**, Federal Defenders of New York, Inc., and in the interests of justice, it is hereby

**ORDERED** that the Warden of MDC Brooklyn arrange, without delay, for Nesar Ahmed Mohammed (Register Number 76469-054) to be brought to a hospital so that a licensed medical doctor can properly examine and diagnose a large mass below his right knee, and it is further

**ORDERED** that the Warden of MDC Brooklyn promptly provide Mr. Mohammed with the results of any medical evaluation so that he may work with his assigned counsel and their interpreter to translate the results and attendant documentation into his native language.

Dated:   New York, NY
         February 28, 2023   _____
                             THE HONORABLE KATHERINE POLK FAILLA
                             UNITED STATES DISTRICT JUDGE