**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 24, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



MEMO ENDORSED

    Re:    **United States v. Nesar Mohammed (a/k/a Haji Najibullah)**
            **(S2) 14 Cr. 401 (KPF)**

Dear Judge Failla:

    I write in advance of the conference scheduled for tomorrow, July 25, 2023, at 10:00a.m. in the above-captioned case, and specifically with respect to the current Rule 12 motion schedule.

    The defense's omnibus motion is currently due on July 28, 2023. However, because the Court has indicated that it will rule on Mr. Mohammed's pending motion to compel via an oral decision tomorrow, the defense respectfully requests that the Court adjust the Rule 12 motion schedule by four weeks to afford the defense adequate time to digest and incorporate the Court's decision into its briefing. Thus, the defense omnibus motion would be due August 25 2023; the Government's response due October 27, 2023; and the defense reply due November 10, 2023. The Government does not object to this application, and the parties agree that this proposed shift in the schedule need not affect the December 14, 2023, conference on the Rule 12 motions, nor the May 6, 2024, trial date.

    I thank the Court for its consideration of this application.

                                Respectfully Submitted,

                                Andrew John Dalack
                                Mark B. Gombiner
                                Samuel I. Jacobson
                                Ariel C. Werner

Cc:    Government Counsel

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket number 90.

Dated:  July 24, 2023
        New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE