**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2024

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:** **United States v. Haji Najibullah,**
**(S2) 14 Cr. 401 (KPF)**

Dear Judge Failla,

    We write with the Government's consent to respectfully request that the Court grant an extension of the deadline for the parties to file expert notices from October 25, 2024 to November 8, 2024. Given the timing of the Court's anticipated decision on the defense motion to dismiss, the parties agree that an extension is appropriate and would allow the parties to submit notices that are responsive to the Court's ruling.

Respectfully Submitted,

/s/
Andrew John Dalack
Mark Gombiner
Samuel Jacobson
Ariel Werner
Assistant Federal Defenders
Tel.: (212) 417-8768

Cc: Government Counsel

Application GRANTED.  The deadline for the parties to file expert notices is hereby ADJOURNED to on or before **November 8, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 135.

```
Dated:    October 23, 2024          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE