UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HAJI NAJIBULLAH,<br>    a/k/a "Najibullah Naim,"<br>    a/k/a "Abu Tayeb,"<br>    a/k/a "Atiqullah,"<br>    a/k/a "Nesar Ahmad Mohammad,"<br><br>                             Defendant. | 14 Cr. 401 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record during the May 6, 2024 conference and during the November 1, 2024 conference, the Court DENIES Defendant's motions brought under Federal Rule of Criminal Procedure 12.

SO ORDERED.

Dated:   November 1, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge