# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

November 8, 2024

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re:   United States v. Haji Najibullah,**
     **(S2) 14 Cr. 401 (KPF)**

Dear Judge Failla,

   We write with the Government's consent to respectfully request that the Court permit the parties to file a letter by Tuesday, November 12, 2024, regarding next steps in the above-captioned case following the defendant's November 7, 2024, notice of interlocutory appeal from the Court's denial of his combatant immunity motion.

Respectfully Submitted,

/s/
Andrew John Dalack
Mark Gombiner
Samuel Jacobson
Ariel Werner
Assistant Federal Defenders
Tel.: (212) 417-8768

Cc:   Government Counsel

Application GRANTED.  The parties shall file a joint letter regarding next steps following the notice of interlocutory appeal (Dkt. #138) on or before **November 12, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 139.

Dated:    November 8, 2024          SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE