# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2025

**By CM/ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Haji Najibullah*
      (S2) 14 Cr. 401 (KPF)

Dear Judge Failla:

    We write on behalf of the parties to provide the Court with an update on the status of the interlocutory appeal in the above-captioned case. Currently, the appellant's opening brief is due February 25, 2025. However, the defense anticipates requesting a 30-day extension on consent. Accordingly, the parties request leave to provide the Court with another status update on or before March 31, 2025.

Respectfully Submitted,

Andrew John Dalack
Mark Gombiner
Samuel Jacobson
Ariel C. Werner
Assistant Federal Defenders
(646) 315-1527

Cc:   Counsel of Record

Application GRANTED. The Defense shall provide another update regarding the status of the interlocutory appeal on or before **March 31, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 146.

Dated:    February 3, 2025
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE