# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 1, 2025

**MEMO ENDORSED**

*By CM/ECF*
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Haji Najibullah*
     (S2) 14 Cr. 401 (KPF)

Dear Judge Failla:

With apologies for failing to submit this letter by the March 31, 2025, deadline, I write to provide the Court with a status update regarding the interlocutory appeal in the above-captioned case. Following an unopposed application from the appellant for an extension of time to file its opening brief, the Second Circuit reset the appellant's filing deadline to April 28, 2025. The parties request leave to provide the Court with another status update on or before April 30, 2025.

Respectfully Submitted,

Andrew John Dalack
Mark Gombiner
Samuel Jacobson
Ariel C. Werner
Assistant Federal Defenders
(646) 315-1527

Cc:   Counsel of Record

Application GRANTED.  The parties shall file another letter updating the Court on the status of the interlocutory appeal on or before **April 30, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 148.

Dated:     April 2, 2025         SO ORDERED.
           New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE