**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 8, 2025

**By CM/ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:   *United States v. Haji Najibullah*
           (S2) 14 Cr. 401 (KPF)

Dear Judge Failla:

    I write to respectfully request that the Court adjourn sentencing in the above-captioned case from October 23, 2025, to the beginning of February 2026. The Government does not object to this application.

    The adjournment is necessary for two principal reasons. First, the defense requires additional time to finish preparing a mitigation presentation for the Court to consider in applying the 18 U.S.C. § 3553(a) factors to Mr. Najibullah. Second, Mr. Najibullah was interviewed by United States Probation on September 12, 2025,[1] and additional time is necessary for Probation to prepare, and afford the parties an opportunity to review and comment on, the initial presentence report.

    Regarding the presentence report, the parties have discussed the format with U.S. Probation Officer Robert Flemen. Officer Flemen will prepare two documents: an unclassified presentence investigation report and a classified supplement. The parties will provide any comment on the classified supplement to Officer Flemen in coordination with the Classified Information Security Officer.

---

[1] The presentence interview took some time to arrange, as Probation required adequate time to obtain security clearances for the interviewing officer and his supervisor. The defense also required additional time to coordinate with Probation and the U.S. Marshals Service to obtain a secure, comfortable space at the courthouse for the interview, which lasted several hours.

I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

*Andrew John Dalack*

Andrew John Dalack
Mark Gombiner
Ariel C. Werner
Assistant Federal Defenders
(646) 315-1527

Cc: Counsel of Record

Application GRANTED. The sentencing hearing scheduled for October 23, 2025, is hereby ADJOURNED to **February 19, 2026,** at **2:30 p.m.**

The Clerk of Court is directed to close the pending motion at docket entry 153.

Dated:   October 9, 2025          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE