# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 3, 2026

**By CM/ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> **MEMO ENDORSED**

Re:    *United States v. Haji Najibullah*
       (S2) 14 Cr. 401 (KPF)

Dear Judge Failla:

I write to respectfully request that the Court adjourn Mr. Najibullah's sentencing to April 29, 2026, a date that I understand works both for the Court and the Government. The parties will file their respective sentencing submissions in accordance with the Court's individual rules and the classified information protective order.

I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

Andrew John Dalack
Mark Gombiner
Ariel C. Werner
Assistant Federal Defenders
(646) 315-1527

Cc:    Counsel of Record

Application GRANTED.  The sentencing hearing previously adjourned *sine die* is now SCHEDULED for **April 29, 2026,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 157.

SO ORDERED.

Dated:    March 4, 2026
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE