# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2026

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    ***United States v. Haji Najibullah*, S2 14 Cr. 401 (KPF)**

Dear Judge Failla,

The defense writes to respectfully request an adjournment of the April 29, 2026, sentencing proceeding in the above-captioned case to June 9, 2026. The additional time is necessary to afford for Mr. Najibullah an adequate opportunity to review and comment on his Presentence Report ("PSR") with counsel and a Pashto interpreter.

On April 10, 2026, Probation disclosed the PSR to the parties in an unclassified format for the first time. Because the draft PSR that was previously disclosed was treated as presumptively classified, it was not shareable with Mr. Najibullah, who has a statutory right to receive the PSR no less than 35 days before sentencing. Fed. R. Crim. P. 32(e)(2).

Accordingly, the requested adjournment to June 9, 2026, (a date that I understand works for the Court and the Government), will allow defense counsel until April 24, 2026—14 days from the PSR's unclassified disclosure, as contemplated by Rule 32(f)—to review the PSR with Mr. Najibullah and transmit to Probation any objections and/or comments to its contents no later than April 24, 2026.[1]

The Government takes no position on the defense's request, given its understanding that Probation will require additional time to incorporate any potential changes to the PSR if the defense provides comments by April 24, 2026, as requested. However, to the extent the Court grants the request, the Government

---

[1] In coordination by the Classified Information Security Officer and U.S. Probation, defense counsel previously transmitted, by classified channels, its objections to the PSR's classified addendum only.

objects to any further adjournments of sentencing given the multiple prior adjournments requested by the defense and victim interests in proceeding with sentencing and respectfully requests that the Court order that no further adjournments of sentencing are warranted absent unforeseen extenuating circumstances.

I thank the Court for considering this unopposed request.

Respectfully submitted,

Andrew John Dalack, Esq.
Ariel C. Werner, Esq.
Mark B. Gombiner, Esq.

Counsel for Najibullah

Cc:   Counsel of Record

Application GRANTED.  Mr. Najibullah's sentencing hearing is hereby ADJUORNED to **June 9, 2026,** at **10:00 a.m.**  The Court does not anticipate granting any further adjournments of this date absent unforeseen extenuating circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 160.

Dated:     April 16, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE